KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: kerry.kleiman@gtlaw.com

*Attorneys for Defendant McDonald's Corporation*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEBBIE RICE, an individual,

Plaintiff,

vs.

FRSCO CORPORATION, a Nevada corporation; MCDONALD'S CORPORATION, a Delaware corporation,

Defendants.

Case No. 2:26-cv-02797-GMN-DJA

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Debbie Rice ("Plaintiff") and Defendant McDonald's Corporation ("McDonald's"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for McDonald's to respond to Plaintiff's complaint, as follows:

WHEREAS, Plaintiff filed his Complaint on September 2, 2026, and thereafter served McDonald's through its resident agent on or around September 14, 2026;

WHEREAS counsel for McDonald's contacted Plaintiff's counsel and the Parties agreed to a three-week extension of McDonald's deadline to respond to Plaintiff's Complaint to allow McDonald's sufficient time to review the allegations and claims in Plaintiff's Complaint and prepare a response to the same.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for McDonald's to respond to Plaintiff's Complaint is and shall be continued

to November 6, 2026.

**IT IS SO STIPULATED.**

DATED this 16th day of October, 2026

**GREENBERG GROSS LLP**

*/s/ Eric K. Lundy*
MATTHEW T. HALE
Nevada Bar No. 16880
ERIC K. LUNDY
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

DATED this 16th day of October, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Kerry E. Kleiman*
KERRY E. KLEIMAN
Nevada Bar No. 14071
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorney for Defendant McDonald's Corporation*

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for McDonald's to respond to Plaintiff's Complaint is November 6, 2026.

**IT IS SO ORDERED:**

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT

Dated: October 20, 2020

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)