KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: kerry.kleiman@gtlaw.com

*Attorneys for Defendant McDonald's Corporation*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBBIE RICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRSCO CORPORATION, a Nevada corporation; MCDONALD'S CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-02797-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff Debbie Rice ("Plaintiff") and Defendant McDonald's Corporation ("McDonald's"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for McDonald's to respond to Plaintiff's complaint, as follows:

WHEREAS, the Parties previously agreed to extend the deadline for McDonald's to responds to Plaintiff's Complaint until November 6, 2026;

WHEREAS, thereafter, the Parties have engaged in discussions concerning potential resolution of McDonald's involvement in this action;

WHEREAS, because no agreement was reached between the Parties, they have agreed to an additional brief extension of McDonald's deadline to respond to Plaintiff's Complaint.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for McDonald's to respond to Plaintiff's Complaint is and shall be continued

to November 19, 2026.

**IT IS SO STIPULATED.**

DATED this 5th day of November, 2026

**GREENBERG GROSS LLP**

*/s/ Eric K. Lundy*
MATTHEW T. HALE
Nevada Bar No. 16880
ERIC K. LUNDY
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

DATED this 5th day of November, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Kerry E. Kleiman*
KERRY E. KLEIMAN
Nevada Bar No. 14071
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorney for Defendant McDonald's Corporation*

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for McDonald's to respond to Plaintiff's Complaint is November 19, 2026.

**IT IS SO ORDERED:**

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT
Dated:

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)